1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JONATHAN NIETO,

        Defendant.

Case No.: 17CR2266

**ORDER AND JUDGMENT TO DISMISS INFORMATION**

Upon application of the United States and good cause appearing thereof,

IT IS ORDERED that the United States' Motion to Dismiss the Information be granted in the interests of justice.

DATED: ___12/13/2018___

_____
BARBARA L. MAJOR
United States Magistrate Judge